# DANIELS LAW OFFICES, P.C.
*Attorneys at Law*
One Center Plaza
Boston, Massachusetts 02108-1801
Telephone (617) 227-7300   Facsimile (617) 227-9643

RICHARD S. DANIELS, JR.

KAREN J. WISNIOWSKI
JOHN P. MURRAY
SAMANTHA R. MECKLER
JOSEPH P. CORRIGAN
ERIKA G. SOONG

MONDAY - THURSDAY    8:00 - 8:30
FRIDAY    8:00 - 5:00
TOLL FREE    (800) 339-4595
COLLECTION FAX    (617) 570-6098
LITIGATION FAX    (617) 570-6099

October 28, 2004

*[Filed stamp: 2004 NOV -2 A 10:24 U.S. DISTRICT COURT DISTRICT OF MASS.]*
*[Handwritten: 04-11822 (Letter)]*

John K Talbot
Law Office
317 West St
Dedham, MA   02026

Re: Mass. Educational Financing Authority
Vs: Gail F Thomas
    5021-1307

Dear Attorney:

   This letter is written regarding the Federal District Court suit filed against Daniels Law Offices, P.C., docket number 0411822RGS.

   Daniels Law Offices P.C. hereby makes an offer of judgment under Rule 68 of the Federal Rules of Civil Procedure as follows: $750 in statutory damages and $1000.00 for attorney's fees, for a total of $1750.00.

Very truly yours,

John P. Murray
Attorney