# ATTORNEY JOHN K. TALBOT

FILED
IN CLERK'S OFFICE

Tuesday, November 2, 2004

NOV -2 'A 10: 25

Attorney John Murray
DANIELS LAW OFFICES, P.C.
One Center Plaza
Boston, Massachusetts 02108

DISTRICT COURT
DISTRICT OF MASS.

RE: Gail Thomas, Docket # 0411822RGS

### NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Dear Attorney Murray:

    I have received the Rule 68 Offer of Judgment from Daniels Law Offices, P.C., and, after discussion with my client, Ms. Gail Thomas, accept your offer. Your offer was dated October 28, 2004, and contained the following pertinent details:

- You will pay $750 in statutory damages, and
- You will pay $1000 for attorney's fees

    I will file your Offer, and this Notice of Acceptance with the clerk immediately. I will also soon petition the court for costs.

Sincerely,

*[signature]*

Attorney John K. Talbot

---

**PROOF OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for the DEFENDANT by mail on Tuesday, November 2, 2004.

Respectfully submitted,

*[signature]*

---

317 West Street. • Dedham, MA • 02026
Phone: 781/752-4040 • Fax: 781/752-4040 • EMAIL: jktalbot@attytalbot.com