UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**GAIL F. THOMAS**
  **Plaintiff**

  v.                                  CIVIL ACTION NO. 04-11822-RGS

**DANIELS LAW OFFICES, P.C.**
  **Defendant**

<u>**SETTLEMENT ORDER OF DISMISSAL**</u>

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                               RICHARD G. STEARNS
                               UNITED STATES DISTRICT JUDGE


              BY:
                  _/s/ Mary H. Johnson__
                       Deputy Clerk

**DATED: 12-2-04**