UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action #: 04-CV-11822 RGS

Gail F. Thomas,
    Plaintiff
v.

Daniels Law Offices, P.C.,
    Defendant

## JUDGMENT ORDER

The Court hereby Amends its Settlement Order of Dismissal entered December 2, 2004. The Court finds that on October 28, 2004, the defendant, Daniels Law Offices, P.C., served an Offer of Judgment upon the Plaintiff, pursuant to Fed. R. Civ. P. 68, in the total and inclusive amount of $1,750.00, and that on November 2, 2004 the Plaintiff served with and notified the Defendant of her acceptance of that Offer of Judgment; and it is therefore

ORDERED that Judgment is entered in favor of the Plaintiff, Gail F. Thomas, against the Defendant, Daniels Law Offices, P.C., in the amount of $1,750.00, inclusive of all damages and attorneys fees, *nunc pro tunc* to November 2, 2004.

This matter is hereby removed from the Court's docket. The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED THIS 14th DAY OF December, 2004.

*/s/ Richard D. Stearns*
United States District Judge